214 F.2d 350
 Kurt E. HUEBERT et al.
v.
ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Corporation.
 No. 4924.
 United States Court of Appeals Tenth Circuit.
 June 22, 1954.
 
 Appeal from the United States District Court for the District of Kansas.
 J. Rodney Stone, Newton, Kan., for appellants.
 Fleeson, Gooing, Coulson & Kitch, Wichita, Kan., for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed for failure diligently to prosecute.